| | |
|---|---|
| **S. J. Beaulieu, Jr., Chapter 13 Trustee** <br> (504)831-1313 | 433 Metairie Road, Suite 307 <br> Metairie, LA 70005 |

Debtor(s): _Bradley_  Case No. _17-10437_
Attorney: _Marrero_  Date: _3·27·17_

> **The following Deficiencies have been found in this case:**

I.
Priority Claims: ☐ Case involves a Domestic Support Obligations (DSO)
☐ Taxes owed  ☐ Personal Injury debt  ☐ Student Loan  ☐ Debt due on Retirement Account
☐ Please Provide  ☐ Full name, address and telephone number of claim holder and State
   Support Agency for DSO and ☐ Copy of Judgment for DSO ☐ _____
☐ Credit counseling Certificate (Form 23) and Repayment Plan or Exemption Certificate (§ 521(b))
☐ To avoid a MTD, 60 days' pay advices needed (& days before MOC) for ☐ Debtor ☐ Spouse
☐ _____
   To avoid a MTD, debtor must provide (7 days before MOC) Tax Return(s) (or transcripts) for the
   Tax year: __ _____
☑ Debtor(s) must certify the filing of all tax returns for the 4 years preceding the case
☐ Need Employment information and Income/Expense itemization on Non-Filing Spouse.
☐ Schedule I & J ☐ including statement of anticipant increase/decrease in income ☐ Other
☐ Debtor in business/Self-Employed:
   Debtor must provide: ☐ Statement of Affairs ☐ Balance Sheet ☐ Profit & Loss ☐ Business Budget
☐ Tax Returns for: _____

II.
☐ Fixed Fee Agreement _____
**Chapter 13 Plan:**
☐ Needs Liquidation Analysis    ☐ Fails liquidation test: _____
☐ Applicable Commitment period is 60 months: ☐ Debtor's plan is for: _____ months.
☐ Broker's Price Opinion (BPO) on: ☐ Debtor's residence ☐ Other _____
☐ Must state collateral value for each secured creditor. _____
☐ Lines 7, 9, 10 and 21 exceed IRS Standards by $ _____ on Schedule J _____
☐ Need proof of charitable contribution (front and back of checks). Bank statements with contribution and totaled.
☑ _Need year of vehicle - Sch B_
☐
☐
☐
☐
☐
☐
☐
☐

The deadline to respond to the Deficiencies is _4·3·17_.