UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: | CASE NO. 17-10437 |
| DEIDRA BRADLEY | SECTION "B" |
| DEBTOR | CHAPTER 13 |

### ORDER

This matter came before the court on August 30, 2017 as a hearing on the Motion for Relief from Stay (P-27) filed by Felton Bradley, and the opposition thereto. Appearances were noted on the record. Considering the briefs and the oral arguments,

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the parties are permitted to proceed in the 22nd Judicial District Court for the Parish of Saint Tammany in the matter captioned *Felton Bradley v. Deirdra Denis Bradley*, 2016-15089.

IT IS FURTHER ORDERED that if the state court deems it appropriate, it may order the sale of the property located at 1014 Tricia Drive, Slidell, Louisiana, 70461.

IT IS FURTHER ORDERED that if there is a sale of the property, any proceeds from the sale of 1014 Tricia Drive, Slidell, Louisiana 70461, remaining after paying the mortgage on the property and closing costs will be placed in escrow with the Chapter 13 Trustee. The funds may be disbursed upon the filing of an appropriate motion, and the entry of an order by this court.

New Orleans, Louisiana, August 31, 2017.

Jerry A. Brown
U.S. Bankruptcy Judge